DOMINICK MATTERA, an Infant, by JOHN MATTERA, His Guardian ad Litem, Appellant and Respondent, *v.* KNICKERBOCKER ICE COMPANY, Respondent and Appellant.

(Argued January 16, 1935; decided February 26, 1935.)

*Abraham L. Popper* for plaintiff, appellant and respondent.

*John J. O'Brien* for defendant, respondent and appellant.

Judgment modified so as to allow plaintiff costs in the Appellate Division, and as so modified affirmed, with costs to the plaintiff against the defendant. No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.